# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

310 U.S. COURTHOUSE
517 E. WISCONSIN AVENUE
MILWAUKEE, WISCONSIN 53202

Chambers of
Rudolph T. Randa
U.S. District Judge

TEL: 414-297-3071
FAX: 414-297-3089

September 2, 2014

Mr. Gene J. Frisch
6061 West Leon Terrace
Milwaukee, Wisconsin 53218

Mr. David J. Hanus
Hinshaw & Culbertson
100 East Wisconsin Avenue - Suite 2600
Milwaukee, Wisconsin 53202-4115

      Re:    <u>Gene J. Frisch v. The CBE Group, Inc.</u>
             Case No. 14-C-623

Dear Counsel and Mr. Frisch:

      The parties have now appeared in the above-entitled action, which has been assigned to U.S. District Judge Rudolph T. Randa. Pursuant to Federal Rule of Civil Procedure 16(b), a telephonic scheduling conference is scheduled for **October 28, 2014** at **10:30 a.m.** (Central Time). Please be available at that time. The Court will initiate the call.

      The purpose of the conference call is to establish a scheduling order which will limit the time:

      1.    to join other parties and to amend the pleadings;
      2.    to file motions; and
      3.    to complete discovery;

The scheduling order may also:

4. modify the timing for disclosure under Rules 26(a) and 26(e)(1) and of the extent of discovery to be permitted;
5. provide for the disclosure or discovery of electronically stored information;
6. include any agreements the parties reach for asserting claims of privilege or protection as trial preparation material after information is produced;
7. the date or dates for conferences before trial, a final pretrial conference, and trial; and
8. any other matters appropriate in the circumstances of the case.

The time limitations set forth in the scheduling order may only be modified for good cause and with the Court's consent. Fed. R. Civ. P. 16(b)(4).

The parties should be prepared to discuss the matters listed in Civil Local Rule 16(a)(1). Please refer to Attachment A. Special attention should also be given to Rule 26(f)(1), which requires the parties to conduct a settlement/discovery conference at least twenty-one (21) days prior to the initial scheduling conference described above. The Rule 26(f) conference may be conducted by telephone. Rules 26(f)(2) and (3) mandate that the parties, within fourteen (14) days of their conference: (1) file a written report outlining the proposed discovery plan they have developed at their Rule 26(f) conference; and (2) make the required initial disclosures under Rule 26(a) regarding witnesses and documents. In addition to the matters specified in Rules 26(f)(2) and (3), the Court requests that the proposed discovery plan submitted by the parties include one or two sentences stating the nature of the case.

The written report must include the telephone numbers where the parties can be reached for this call.

Sincerely,

s/ *Linda M. Zik*
Linda M. Zik
Courtroom Deputy Clerk

**Civil L. R. 16. Pretrial Conferences; Scheduling; Management; Alternative Dispute Resolution.**

    **(a) Preliminary Pretrial Conferences.**

        **(1)** A judge may require the parties to appear to consider the future conduct of the case. The parties must be prepared to discuss the matters enumerated in Fed. R. Civ. P. 16 and Fed. R. Civ. P. 26(f). The parties also should be prepared to state:

            **(A)** the nature of the case in 1 or 2 sentences;

            **(B)** any contemplated motions;

            **(C)** the parties' discovery plan, including the amount of further discovery each party contemplates, the approximate time for completion of discovery, and any disputes regarding discovery;

            **(D)** whether the parties anticipate the disclosure or discovery of electronically stored information;

            **(E)** whether the parties have reached an agreement for asserting post-production claims of privilege or of protection as trial-preparation material, and whether the parties request the judge to enter an order including the agreement;

            **(F)** whether settlement discussions have occurred;

            **(G)** the basis for the Court's subject matter jurisdiction; and

            **(H)** such other matters as may affect further scheduling of the case for final disposition.

Attachment A